# CERTIFICATE OF SERVICE

## CIT Case No. 26-00809

      Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on January 22, 2026, I served a copy of the Summons, Complaint, Form 5, Form 11, and Form 13 by certified mail, return receipt requested, upon the following:

| | |
|---|---|
| Attorney-In-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>26 Federal Plaza<br>New York, New York 10278 | Attorney-In-Charge<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, D.C. 20229 |
| Attorney-In Charge<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, D.C. 20530 | |

                                                      */s/ Adrienne Braumiller*
                                                      Attorney Name